THOMSON–HOUSTON ELECTRIC CO. et al. v. NASSAU ELECTRIC R. CO. et al.

(Circuit Court of Appeals, Second Circuit. December 9, 1901.)

No. 97.

PATENTS—SUIT FOR INFRINGEMENT—RIGHT OF APPEAL FROM INTERLOCUTORY DECREE.

An appeal does not lie by a complainant from an interlocutory decree dismissing a bill for infringement of a patent as to certain claims of the patent, but sustaining it, and directing an accounting as to others.

Appeals from the Circuit Court of the United States for the Eastern District of New York.

On Motion to Dismiss Cross Appeal of Complainants.

See 108 Fed. 244; 110 Fed. 647.

Frank S. Busser, for the motion.

F. H. Betts, opposed.

Before WALLACE and LACOMBE, Circuit Judges, and TOWNSEND, District Judge.

PER CURIAM. Motion to dismiss appeal granted. Manufacturing Co. v. Griswold, 15 C. C. A. 161, 67 Fed. 1017; Western Electric Co. v. Williams-Abbott Electric Co., 48 C. C. A. 159, 108 Fed. 952.